# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 13, 2018

## NO. 03-17-00543-CV

**Randal B. Ward, Appellant**

**v.**

**Suzanne Banowsky McCaskill, Appellee**

## APPEAL FROM THE 274TH DISTRICT COURT OF COMAL COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD
## REVERSED AND REMANDED -- OPINION BY JUSTICE GOODWIN

This is an appeal from the judgment signed by the trial court on April 26, 2017. The parties have filed an agreed motion to reverse and remand the case to the trial court. Having found that there was reversible error in the trial court's judgment, the Court grants the parties' motion, reverses the trial court's judgment, and remands the case to the trial court for further proceedings consistent with this Court's opinion. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.